AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SKOMAL, BERNARD G. | 2. Court or Organization<br><br>DISTRICT COURT, SOUTHERN CALIFORNIA | 3. Date of Report<br><br>05/26/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTATE JUDGE (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | SELF EMPLOYED PROFIT SHARING PLAN |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | SELF EMPLOYED PROFITSHARING PLAN |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SKOMAL, BERNARD G. | 05/26/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2012 | SELF EMPLOYED MARRIAGE AND FAMILY CONSULTANT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SKOMAL, BERNARD G. | 05/26/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SKOMAL, BERNARD G. | 05/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS | A | Int./Div. | | | Closed | 07/21/12 | N | A | |
| 2. WELLS FARGO ACCOUNTS | A | Int./Div. | L | T | | | | | |
| 3. BROKERAGE MANAGED ACCOUNT #1 Merrill Lynch | | None | | | Closed | 01/03/12 | J | A | |
| 4. - FICA CARD SERVICES MONEY MARKET ACCOUNT | A | Int./Div. | | | Closed | 12/21/12 | N | A | |
| 5. SELF EMPLOYED PROFIT SHARING PLAN: MANAGED ACCOUNT | A | Int./Div. | | | Closed | 12/20/12 | O | A | |
| 6. - FICA CARD SERVICES MONEY MARKET ACCOUNT | A | Int./Div. | | | Closed | 12/24/12 | N | A | |
| 7. -BA RI N.A. RASP MONEY MARKET ACCOUNT | A | Int./Div. | | | Closed | 12/20/12 | M | A | |
| 8. - USBANCORP | A | Int./Div. | O | T | Open | 12/20/12 | O | | |
| 9. IRA:AM FUNDS TARGET 2030 | A | Int./Div. | | | Closed | 05/25/12 | J | A | |
| 10. - G FUND | A | Int./Div. | K | T | Buy | 12/31/12 | | | |
| 11. - L 2030 FUND | A | Int./Div. | J | T | Buy | 12/31/12 | J | | |
| 12. - L 2020 FUND | A | Int./Div. | K | T | Buy | 12/31/12 | J | | |
| 13. - L INCOME FUND | A | Int./Div. | J | T | Buy | 12/31/12 | J | | |
| 14. COLLEGE 529 FUND #1: | | | | | | | | | |
| 15. - AM HI INCOME TR | | None | | | Sold | 01/03/12 | J | A | |
| 16. - BOND FUND OF AM | | None | | | Sold | 01/03/12 | J | A | |
| 17. - CAP WORLD GROWTH FUND | | None | | | Sold | 01/03/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SKOMAL, BERNARD G. | 05/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - EURO PAC GROWTH FUND A | | None | | | Sold | 01/03/12 | J | A | |
| 19. - FUNDAMENTAL INVESTORS FUND | | None | | | Sold | 01/03/12 | J | A | |
| 20. - GROWTH FUND OF A | | None | | | Sold | 01/03/12 | J | A | |
| 21. - INTERMEDIATE BOND FUND | | None | | | Sold | 01/03/12 | J | A | |
| 22. - NEW ECONOMY FUND | | None | | | Sold | 01/03/12 | J | A | |
| 23. - NEW WORLD FUND | | None | | | Sold | 01/03/12 | J | A | |
| 24. - AM FUNDS SHORT TERM BOND | | None | | | Sold | 01/03/12 | J | A | |
| 25. - SMALLCAP WORLD FUND | | None | | | Sold | 01/03/12 | J | A | |
| 26. - AMERICAN FUNDS MONEY MARKET | A | Int./Div. | K | T | Open | 01/03/12 | K | | |
| 27. BROKERAGE ACCOUNT #2: | | | | | | | | | |
| 28. -VANGUARD VALUE INDEX FUND | A | Int./Div. | J | T | Buy (add'l) | 12/31/12 | J | | |
| 29. - VANGUARD PRIME MM FUND | A | Int./Div. | | | Closed | 12/10/12 | M | A | |
| 30. BROKERGE ACCOUNT #3:TD AMRITRADE | | | | | | | | | |
| 31. - QUALCOM | A | Int./Div. | J | T | | | | | |
| 32. - BROADBAND WIRELESS | A | Int./Div. | J | T | Buy | 01/03/12 | J | | |
| 33. - BROADBAND WIRELESS - RESTRICTED | A | Int./Div. | J | T | Buy | 01/03/12 | J | | |
| 34. - ERICSSON | A | Int./Div. | J | T | Buy | 01/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SKOMAL, BERNARD G. | 05/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -GERON | A | Int./Div. | J | T | Buy | 01/03/12 | J | | |
| 36.  - INTEL | A | Int./Div. | J | T | Buy | 01/03/12 | J | | |
| 37.  - MAXIMUM DYNAMICS | A | Int./Div. | J | T | Buy | 01/03/12 | J | | |
| 38.  - MODUSLINK GLOBAL | A | Int./Div. | J | T | Buy | 01/03/12 | J | | |
| 39.  - NOKIA CORP | A | Int./Div. | J | T | Buy | 01/03/12 | J | | |
| 40.  USBANCORP BROKERAGE ACCOUNT | A | Int./Div. | | | Buy | 12/20/12 | N | | |
| 41.  - | A | Int./Div. | | | Closed | 12/20/12 | N | A | |
| 42.  USBANCORP RETIREMENT PLAN - | A | Int./Div. | K | T | Open | 9/29/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SKOMAL, BERNARD G. | 05/26/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SKOMAL, BERNARD G. | 05/26/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BERNARD G. SKOMAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544